IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATONYA VANDERVEER              : | |
| : | CIVIL ACTION |
| v.                              : | |
| : | NO. 16-1979 |
| FEDEX GROUND PACKAGE SYSTEM,    : | |
| INC., ET AL.                    : | |

**O R D E R**

**AND NOW**, this  3rd  day of February, 2017, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 10), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.

2. Plaintiff may file an Amended Complaint within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**