IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LATONYA VANDERVEER                          :
                                            :        CIVIL ACTION
                                            :
        v.                                  :        NO. 16-1979
                                            :
FEDEX GROUND PACKAGE SYSTEM,                :
INC., ET AL.                                :

## O R D E R

**AND NOW**, this ___19th___ day of ___May___, 2017, upon consideration of Defendants'

Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 20), and all documents submitted

in support thereof and in opposition thereto, it is **ORDERED** that the Motion is granted in part

and denied in part as follows:

1.      The Motion is **GRANTED** with respect to Plaintiff's Americans with Disabilities

Act claim against Defendant FedEx Ground (Count IV).  Count IV is **DISMISSED**.

2.      The Motion is **DENIED** with respect to Plaintiff's Title VII claims of race and

gender discrimination against Defendant FedEx Ground (Count I).

3.      The Motion is **DENIED** with respect to Plaintiff's Title VII claim of hostile work

environment against Defendant FedEx Ground (Count II).

4.      The Motion is **DENIED** with respect to Plaintiff's 42 U.S.C. § 1981 claim of race

discrimination against all Defendants (Count III).

5.      The Motion is **DENIED** with respect to Plaintiff's Pennsylvania Human Relations

Act claim against all Defendants (Count V).


        **IT IS SO ORDERED.**



                                        **BY THE COURT:**



                                        _____
                                        **R. BARCLAY SURRICK, J.**